Nos. 393 and 394. WILCOX & GIBBS SEWING MACHINE COMPANY, PETITIONER, *v.* THOMAS B. SHERBORNE, JR., ET AL. October 19, 1903. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Hubert Howson, Mr. Preston K. Erdman* and *Mr.*

*George Tucker Bispham* for petitioner. *Mr. John G. Johnson* and *Mr. Frank P. Prichard* for respondents.